**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: 7/17/2020**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ERIK MALENO,

Defendant.

No. 20-CR-341

ORDER

RONNIE ABRAMS, United States District Judge:

    An arraignment is scheduled for Monday July 20, 2020 at 12:00 p.m. and will be held by telephone. Members of the public and the press can use the following dial-in information:

    Dial-In Number: 888-363-4749

    Access Code: 1015508

SO ORDERED.

Dated:    July 17, 2020
             New York, New York

                                    Ronnie Abrams
                                    United States District Judge