**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 2/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 20-CR-341 (RA) |
| v. | |
| ERIK MALENO, | ORDER |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

A plea is scheduled for Tuesday February 9, 2021 at 10:30 a.m. To access the proceeding, use the following dial-in information:

Dial-In Number: 888-363-4749

Access Code: 1015508

SO ORDERED.

Dated: February 3, 2021
New York, New York

Ronnie Abrams
United States District Judge