


# THE NDLC LAW FIRM, PLLC

---

3542 Eastchester Road  
Bronx, New York 10469

Tel. No.: 646. 973.0812  
Fax No.: 347.462.3108  
Email: nelson@ndlcawpllc.com

July 27, 2021

Hon. Ronnie Abrams  
United States District Court Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, New York 10007

In Re: United States v. Erik Maleno, 20 CR. 341 (RA)

Dear Judge Abrams:

Application granted. The sentence is adjourned to August 26, 2021 at 2:30 p.m. and will be held in person.

SO ORDERED.

_____  
Ronnie Abrams, U.S.D.J.  
July 27, 2021

The parties are scheduled to appear before the Court at 2:30 p.m. on Friday for an in-person sentencing hearing.

As communicated to the Court's attorney earlier this morning, my child's mother, who I and my seven-year-old daughter are in frequent contact with, tested positive for COVID-19 yesterday. Out of an abundance of caution, and the need to care for my daughter, I cannot attend Friday's sentencing hearing in-person.

I therefore respectfully request that the Court adjourn Friday's proceedings for an in-person proceeding to be held any day during the week of August 16-20 or 23-27th after 2:00 P.M.

Respectfully,

Nelson De La Cruz, Esq./s/

Cc: Marguerite Colson, Esq., AUSA