USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ERIK MALENO,

                Defendant.

No. 20-CR-341

ORDER

RONNIE ABRAMS, United States District Judge:

    Consistent with Rule 10 of the Court's Individual Rules and Practices in Criminal Cases, the defendant's sentencing submission was due to be filed on ECF two weeks in advance of the sentencing. Although Mr. De La Cruz sent his submission via e-mail to Chambers, he failed to file it on the public docket. He must do so now. In addition, Mr. De La Cruz shall translate any and all letters that he wishes the Court to consider with respect to sentencing and be sure to redact any letters that may contain personal contact information, consistent with Rule 10E.

SO ORDERED.

Dated:    August 24, 2021
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge